IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TED SHARPENTER, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

GIGAMON INC., COREY M. MULLOY, PAUL A. HOOPER, ARTHUR W. COVIELLO, JR., TED C. HO, JOHN H. KISPERT, PAUL MILBURY, MICHAEL C. RUETTGERS, ROBERT E. SWITZ, JOAN DEMPSEY, DARIO ZAMARIAN, GINSBERG HOLDCO, INC., GINSBERG MERGER SUB, INC., ELLIOTT ASSOCIATES, L.P., and ELLIOTT MANAGEMENT CORPORATION,

    Defendants.

No. C 17-06755 WHA

**ORDER TO SHOW CAUSE**

Plaintiff in the above-entitled matter having failed to appear at the case management conference on Thursday, February 22, 2018, the Court hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If plaintiff fails to file a written response to this order to show cause by **MARCH 1, 2018**, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: February 22, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE