Benjamin Heikali SBN 307466
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
E-mail:bheikali@faruqilaw.com

[Additional counsel listed on signature page]

*Attorney for Plaintiff Ted Sharpenter*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED SHARPENTER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> GIGAMON INC., COREY M. MULLOY, PAUL A. HOOPER, ARTHUR W. COVIELLO, JR., TED C. HO, JOHN H. KISPERT, PAUL MILBURY, MICHAEL C. RUETTGERS, ROBERT E. SWITZ, JOAN DEMPSEY, DARIO ZAMARIAN, GINSBERG HOLDCO, INC., GINSBERG MERGER SUB, INC., ELLIOTT ASSOCIATES, L.P., and ELLIOTT MANAGEMENT CORPORATION, <br><br> Defendants | Civil Action No. 3:17-cv-06755-WHA <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br> Complaint Filed: November 22, 2017 <br><br> Judge: William Alsup |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, defendants having not served an answer or a motion for summary judgment, Plaintiff Ted Sharpenter hereby gives notice of the voluntary dismissal without prejudice as to Gigamon Inc., Corey M. Mulloy, Paul A. Hooper, Arthur W. Coviello, Jr., Ted C. Ho, John H. Kispert, Paul Milbury, Michael C. Ruettgers, Robert E. Switz, Joan Dempsey, Dario Zamarian, Ginsberg Holdco, Inc., Ginsberg Merger Sub, Inc., Elliott Associates, L.P., and Elliott Management Corporation of the claims asserted in the above-captioned action.

DATED: March 1, 2018

**FARUQI & FARUQI, LLP**

By: */s/ Benjamin Heikali*
Benjamin Heikali, Bar No. 307466
10866 Wilshire Boulevard, Suite 1470
Los Angeles, California 90024
Tel: (424) 256-2884
E-mail: bheikali@faruqilaw.com

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Tel.: (302) 295-5310
Fax: (302) 654-7530

**RM LAW, P.C.**
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Tel.: (484) 324-6800
Fax: (484) 631-13051055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Tel.: (484) 324-6800
Fax: (484) 631-1305

*Attorneys for Plaintiff Ted Sharpenter*